12792.0020

| | |
|---|---|
| ROSE MENDEL, | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF FLORIDA |
| Plaintiff, | IN ADMIRALTY |
| vs. | CASE NO.: 10-23398-CV-KING/BANDSTRA |
| ROYAL CARIBBEAN CRUISES, LTD., a Liberian corporation d/b/a ROYAL CARIBBEAN CRUISE LINES, | |
| Defendant.<br>_____/ | |

## PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OF COLLATERAL SOURCES

Plaintiff, ROSE MENDEL, moves the Court in limine for an order precluding evidence of collateral sources and as grounds therefore states that:

1. Plaintiff in this action is entitled to the full amount of her medical bills without a setoff for medicare payments. *Morales v. Scherer,* 528 So. 2d 1 (Fla. 4th DCA 1988); *Winston Towers 100 Assoc. Inc.,* 481 So. 2d 1261, 1262 (Fla. 3rd DCA 1986) (trial court properly granted motion in limine precluding any reference to collateral source benefits paid to Plaintiff by Medicare).

2. Collateral source payments are not admissible as substantive evidence or to impeach the claimant's testimony regarding the extent of the loss. *Gormley v. GTE Products Corp.,* 587 So. 2d 455 (Fla. 1991).

3. See also *Miller v. Ford Motor Company*, 2004 W.L. 405, 48, 43 (M.D. Fla. 2004) which ruled that evidence of Plaintiff's receipt of or entitlement to benefits from a collateral source except governmental or charitable benefits available to all citizens regardless of wealth, is

- 1 -

Case No.: 10-23398-CV-KING/BANDSTRA

inadmissible. Citing <u>Sheffield v. Superior Insurance Company</u>, 800 So. 2d 197, 200 (Fla. 2001); <u>Gormely, infra.</u>, <u>Florida Physician's Insurance Reciprocal v. Stanely</u>, 452 So.2d 514 (Fla. 1984).

WHEREFORE, Plaintiff moves the Court for an order excluding introduction into evidence at trial of all evidence of collateral and for such other and further relief as the Court deems just and proper in these premises.

### CERTIFICATE OF GOOD FAITH CONFERENCE

**I HEREBY CERTIFY** that counsel for the movant has conferred with counsel for the Defendant regarding the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and hereby notifies the Court that the Defendant objects to entry of an order granting the requested relief.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this ___ day of July, 2011 to: Bret Berman, Esq., Foreman Friedman, P.A., 2 So. Biscayne Boulevard One Biscayne Tower, #2300, Miami, FL 33133 and Jeffrey Fenster, Esq., Fenster and Cohen, P.A., 1391 Sawgrass Corporate Parkway, Sunrise, FL 33323-2889.

STABINSKI & FUNT, P.A.
Attorneys for Plaintiff(s)
757 NW 27th Avenue
Miami, FL 33125
Tel.: (305) 643-3100
Fax: (305) 643-1382

_____
Mark D. Press, Esq.
Fla Bar No.: 187164