UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 10-23398-CIV-KING

ROSE MENDEL,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
a Liberian corporation d/b/a ROYAL
CARIBBEAN CRUISE LINES,

    Defendant.

_____/

## ORDER DENYING AND DEFERRING RULING ON MOTIONS IN LIMINE

**THIS MATTER** is before the Court upon four Motions in Limine filed by Plaintiff Rose Mendel. On July 5, 2011, Plaintiff filed: the Motion in Limine Precluding Testimony of Dr. Michael Zeide (DE #77), the Motion in Limine to Preclude Evidence of Collateral Sources (DE #78), the Motion in Limine to Exclude Testimony of Defense Expert Chimba Mkandawire (DE #79), and the Motion in Limine as to *Fabre* Parties (DE #80). The Court is fully briefed in these matters.[1]

---

[1] On July 22, 2011, Defendant filed a Response to Plaintiff's Motion in Limine as to Fabre Parties (DE #88), the Response in Opposition to Plaintiff's Motion in Limine Precluding Testimony of Dr. Michael Zeide (DE #89), the Response to Plaintiff's Motion in Limine to Preclude Evidence of Collateral Sources (DE #90), and the Response in Opposition to Plaintiff's Motion in Limine to Exclude Testimony of Defense Expert Chimba Mkandawire (DE #91). On August 1, 2011, Defendant Replied to Plaintiff's Response in Opposition to Plaintiff's Motion in Limine to Exclude Testimony of Defense Expert Chima Mkandawire. (DE #100).

The Court finds that ruling on some of these motions is appropriate at this time. First, Plaintiff seeks to exclude the testimony of Dr. Michael Zeide, a doctor who examined Plaintiff shortly after her fall on Defendant's cruise ship. (DE #77). Plaintiff argues Dr. Zeide should not be permitted to testify because he did not examine Plaintiff at any later time during her recovery. However, Dr. Zeide has personal knowledge of the extent of Plaintiff's injury at the time he examined Plaintiff, his own diagnosis at that time, and his own recommendations at that time. He will be permitted to testify to these matters, and Plaintiff's Motion in Limine Precluding Testimony of Dr. Michael Zeide is denied.

Plaintiff also seeks to preclude the introduction at trial of any collateral sources of payment for Plaintiff's medical care and treatment. (DE #78). Plaintiff is correct that, in general, evidence of collateral sources may not be presented to the jury. However, evidence of collateral sources is permissible if a plaintiff puts her financial status at issue. *Santa Maria v. Metro-North Commuter R.R.*, 81 F.3d 265, 273 (2d Cir. 1996) (explaining collateral source evidence sometimes admissible); *Lange v. Missouri Pac. R.R. Co.*, 703 F.2d 322, 324 (8th Cir. 1983) ("When the plaintiff makes specific reference to collateral source payments on direct examination, the scope of permissible inquiry is set by the direct examination and the usual rules on cross-examination apply."). Thus, whether evidence of collateral sources is admissible at trial will depend on Plaintiff's testimony on direct examination at trial. Accordingly, the motion to preclude all evidence of collateral sources under any circumstances at trial must be denied.

Finally, Plaintiff has moved to "exclude any evidence or argument as to any potential *Fabre*[2] tortfeasor defendants." (DE #80). Plaintiff filed this Motion believing Defendant had raised the potential liability of non-parties to this action in its Answer and Affirmative Defenses. *Id.* However, a plain reading of Defendant's Answer and Affirmative Defenses reveals that Defendant did not assert the liability of non-parties as a defense. Defendant reiterated this position in its Response to Plaintiff's Motion. (DE #88). Because the liability of non-parties is not an issue in this case, the Motion in Limine as to *Fabre* Parties must be denied as moot.

The issues raised in the remaining motion, the Motion in Limine to Exclude Testimony of Defense Expert Chimba Mkandawire (DE #79), will be addressed at the Final Pretrial Conference in this matter.

Accordingly, after a careful review of the record and the Court being otherwise fully advised in the premises, it is hereby

**ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff's Motion in Limine Precluding Testimony of Dr. Michael Zeide **(DE #77) is DENIED.**

2. Plaintiff's Motion in Limine to Preclude Evidence of Collateral Sources **(DE**

---

[2]Although Plaintiff does not provide any citation or even the full case name in her Motion, she apparently refers to *Fabre v. Marin*, 623 So. 2d 1182 (Fla. 1993). *Fabre v. Marin* holds that "judgment should be entered against each party liable on the basis of that party's percentage of fault," regardless of whether the other liable parties have been named Defendants in the subject lawsuit. *Id.* at 1185. Under *Fabre*, the judgment against a named defendant may be reduced to reflect the fault of non-parties to the suit.

#78) is **DENIED**.

3. Plaintiff's Motion in Limine as to *Fabre* Parties **(DE #80)** is **DENIED AS MOOT.**

4. Ruling on Plaintiff's Motion in Limine to Exclude Testimony of Defense Expert Chimba Mkandawire **(DE #79)** is **DEFERRED** until the Final Pretrial Conference in this matter.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 5th day of August, 2011.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE

cc:
*Counsel for Plaintiff*

**Mark David Press**
Stabinski & Funt
757 NW 27th Avenue
3rd Floor
Miami, FL 33125
305-643-3100
Fax: 305-643-1382
Email: Mpress@stabinski-funt.com

*Counsel for Defendants*

**Jeffrey Eric Foreman**
Foreman Friedman, PA
One Biscayne Tower
2 S Biscayne Boulevard
Suite 2300
Miami, FL 33131-1803

305-358-6555
Fax: 305-374-9077
Email: jforeman@fflegal.com

**Brett Michael Berman**
Foreman Friedman, PA
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131
(305) 358-6555
Email: bberman@fflegal.com

**Karina M. Cerda**
Foreman Friedman, P.A.
One Biscayne Tower
Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
305-358-6555
Fax: 305-374-9077
Email: kcerda@fflegal.com

**Marco Antonio Salazar**
Foreman Friedman, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, FL 33131
305-358-6555
Fax: 305-374-9077
Email: msalazar@fflegal.com